IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02676-WYD-CBS

RESON LEE WOODS and
SHAUN K. WOODS,

    Plaintiffs,

v.

THE FIRST NATIONAL BANK OF DURANGO, a chartered National Bank,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiffs' Motion to Exclude Consideration of New Argument in Defendant's Reply Brief and Alternative Motion for Leave to File Surrreply Brief, filed January 26, 2012 [ECF No. 25] is **GRANTED IN PART and DENIED IN PART.** Plaintiff may file a brief sur-reply on or before **Friday, February 3, 2012**.

    Dated:  January 26, 2012.