IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02676-WYD-CBS

RESON LEE WOODS and
SHAUN K. WOODS,

    Plaintiffs,

v.

THE FIRST NATIONAL BANK OF DURANGO, a chartered National Bank;
BANKNOTE CAPITAL, L.L.C., an Illinois Corporation; and
TONY DIASIO,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the filing of the Second Amended Complaint on January 31, 2012 [ECF No. 30], Defendant The First National Bank of Durango's Motion to Dismiss for Improper Venue, Lack of Subject Matter Jurisdiction, and for Failure to State a Claim, filed November 21, 2011 [ECF No. 9] and Defendant Tony Diasio's and BankNote Capital's Motion to Dismiss for Failure to State a Claim, filed January 20, 2012 [ECF No. 23], are both **DENIED AS MOOT.**

    Dated:  January 31, 2012.