IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02676-WYD-CBS

RESON LEE WOODS and
SHAUN K. WOODS,

    Plaintiffs,

v.

THE FIRST NATIONAL BANK OF DURANGO, a chartered National Bank,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Unopposed Motion for Leave to File Defendants' Memorandum in Support of Their Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), filed February 28, 2012 [ECF No. 39] is **GRANTED**.  Defendants amended memorandum brief in support of their motion to dismiss, filed at [ECF No. 40], is accepted.

    Dated:  February 28, 2012.