IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-02676-WYD-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: February 29, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

RESON LEE WOODS, *et al*.,   Cheryl Ann Thompson
 Daniel Joseph Lowenberg

      Plaintiffs,

v.

FIRST NATIONAL BANK OF DURANGO,   Leland William Hutchinson , Jr.
THE, *et al*.,   Shay Lynn Denning

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:      2:35 p.m.**
Court calls case.  Appearances of counsel.

Court addresses the parties regarding defendant's MOTION to Stay Discovery Pending the Outcome of the Motion to Dismiss (Docket No. 34, filed on 2/21/2012), defendant's BRIEF in Support of #34 MOTION to to Stay Discovery Pending the Outcome of the Motion to Dismiss (Docket No. 35, filed on 2/21/2012), and plaintiff's BRIEF in Opposition to #34 MOTION to Stay Discovery Pending the Outcome of the Motion to Dismiss (Docket No. 38, filed on 2/26/2012).

Mr. Hutchinson, Jr. and Ms. Thompson present oral arguments to the court.

Court addresses the parties regarding the defendant's pending MOTION to Dismiss for Failure to State a Claim (Docket No. 32, filed on 2/21/2012).

Ms. Thompson feels that additional discovery still needs to be completed.  Discussion regarding possible ruling by Chief Judge Daniel, claims and allegations in Complaint, when responses are due, when the court may make its ruling, and pending filing deadlines.

**ORDERED:**   The court will set a Telephonic Status Conference for **March 29, 2012 at 8:00 a.m.**  The court **GRANTS** defendant's MOTION to Stay Discovery Pending the Outcome of the Motion to Dismiss (Docket No. 34, filed on 2/21/2012) and will stay discovery until noon on **March 29, 2012**.  *Counsel shall coordinate to create a conference call among themselves before contacting the court (303.844.2117) at the scheduled time.*

Hearing concluded.
**Court in recess**:       3:02 p.m.
Total time in court:    00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.