IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Daniel**

Civil Action No.   11-cv-02676-WYD-CBS

RESON LEE WOODS and
SHAUN K. WOODS,

    Plaintiffs,

v.

THE FIRST NATIONAL BANK OF DURANGO, a chartered National Bank,

    Defendant.

**ORDER**

THIS MATTER is before the Court on Defendant's Motion to Dismiss filed February 21, 2012 [ECF No. 32].  Attached to the motion is an affidavit and exhibits not referenced in the Second Amended Complaint.  In addition, the Response to the Motion attaches additional exhibits.  Pursuant to the Federal Rules of Civil Procedure, if matters outside the pleadings are presented to and not excluded by the Court, a motion to dismiss pursuant to Rule 12(b)(6) shall be treated as a motion for summary judgment. Fed.R.Civ.P. 12(b); *Lucero v. Gunther*, 52 F.3d 874, 877 (10th Cir. 1995).

The Court finds that it is appropriate to consider the matters outside of the pleadings that were presented by the parties in resolving Defendant's motion. Accordingly, notice is hereby given that Defendant's Motion to Dismiss is converted to a Motion for Summary Judgment.  Any party who wishes to submit additional materials for

the Court to consider in connection with the Motion for Summary Judgment may do so by the deadline for Defendant to submit its Reply.

Dated: March 16, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge