IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02676-WYD-CBS

RESON LEE WOODS and
SHAUN K. WOODS,

     Plaintiffs,

v.

THE FIRST NATIONAL BANK OF DURANGO, a chartered National Bank,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     Defendants' Motion to Strike or for Leave to File Sur-Reply, filed March 30, 2012 [ECF No. 52] is **GRANTED IN PART.**  Defendants request to file a Sur-Reply is **GRANTED**, and the Motion is **DENIED** in all other respects.  Defendants may file the Sur-Reply attached to the Motion as Exhibit A.

     Dated:  April 23, 2012.