IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02676-WYD-CBS

RESON LEE WOODS, and
SHAUN K. WOODS,

      Plaintiffs,

v.

THE FIRST NATIONAL BANK OF DURANGO, a chartered National Bank;
BANKNOTE CAPITAL CORPORATION, an Illinois Corporation; and,
TONY DIASIO, an individual,

      Defendants.

---

### ORDER

---

THIS MATTER is before the Court on the parties' Stipulated Motion To Dismiss Defendants Tony Diasio And Banknote Capital Corporation With Prejudice [ECF No. 106], filed on September 24, 2013.  After careful review, I find that the stipulation should be approved and defendants, Banknote Capital Corporation and Tony Diasio, should be dismissed with prejudice from this action pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulated Motion To Dismiss Defendants Tony Diasio And Banknote Capital Corporation With Prejudice [ECF No. 106] is **GRANTED**, and defendants, Banknote Capital Corporation and Tony Diasio, are **DISMISSED WITH PREJUDICE** from this action.  Each party bears its own attorney fees and costs.

DATED:  September 26, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge