IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02676-WYD-CBS

RESON LEE WOODS, and
SHAUN K. WOODS,

    Plaintiffs,

v.

THE FIRST NATIONAL BANK OF DURANGO, a chartered National Bank;
BANKNOTE CAPITAL CORPORATION, an Illinois Corporation; and,
TONY DIASIO, an individual,

    Defendants.

---

# ORDER

---

THIS MATTER is before the Court on the defendants' Motion *In Limine* To Exclude The Expert Testimony Of William Lee [ECF No. 90].

Pursuant to Rule III(C)(1) of my Practice Standards, motions *in limine* "may be filed not earlier than seventy-five (75) days and not later than thirty (30) days prior to the Trial Preparation Conference." *Id*.  Upon review of the record, Magistrate Judge Shaffer has not issued a Final Pretrial Order and I have not set a Trial Preparation Conference. Thus, the defendants' motion is premature.  Accordingly, it is

ORDERED that the defendants' Motion *In Limine* To Exclude The Expert Testimony Of William Lee [ECF No. 90] is **DENIED WITHOUT PREJUDICE**.  **The defendants have leave to re-file this motion at the proper time and in accordance with my Practice Standards**.

DATED:  December 20, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge