**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   August 3, 2015 |
| E.C.R./Reporter:   Mary George | |

Civil Action No:  **11-cv-02676-WYD-CBS**          Counsel:

**RESON LEE WOODS** and                               Ray L. Wall
**SHAUN K. WOODS**,                                   David H. Wollins

      Plaintiffs,

v.

**THE FIRST NATIONAL BANK OF**                        Shay L. Denning
**DURANGO, a chartered National Bank**,

      Defendant.

**COURTROOM MINUTES**

**TRIAL TO JURY (DAY 1)**

**8:52 a.m.**      Court in Session - Jury not present

           APPEARANCES OF COUNSEL.

           Court's opening remarks.

8:53 a.m.       Discussion regarding joint statement of the case and Plaintiff's second claim for relief under the Deceptive Trade Practices, which is withdrawn by Plaintiffs.

**ORDERED:**    Plaintiffs' Motion in Limine Concerning the Cam for Takeout Loans [ECF Doc. No. 153], filed July 13, 2015, is **DENIED.**

8:57 a.m.       Further discussion as to the joint statement of the case.

9:04 a.m.       Discussion regarding revised exhibits and procedure for peremptory challenges.

| | |
|---|---|
| **9:15 a.m.** | Court in Recess |
| **9:36 a.m.** | Court in Session - Jury present |
| | Court's opening remarks to prospective jurors. |
| 9:37 a.m. | Voir dire oath given. |
| 9:47 a.m. | Voir dire by Court commences. |
| 10:48 a.m. | Bench conference regarding voir dire of juror 100323217. |
| 10:52 a.m. | Voir dire by Court continues. |
| **11:01 a.m.** | Court in Recess |
| **11:21 a.m.** | Court in Session - Jury present |
| | Voir dire by Court continues. |
| 12:14 p.m. | Voir dire by Defendants by Ms. Denning. |
| 12:22 p.m. | Voir dire by Plaintiffs by Mr. Wollins. |

Challenges for Cause:

 1)   100326265
 2)   100318216
 3)   100305042

Peremptory challenges by Plaintiffs:

 1)   100300965
 2)   100309585
 3)   100291189

Peremptory challenges by Defendant:

 1)   100301870
 2)   100301843
 3)   100301835

| | | |
|---|---|---|
| 12:35 p.m. | Jury sworn to try: | |

| | | | | |
|---|---|---|---|---|
| 1) | 100283157 | 2) | 100285417 | |
| 3) | 100285096 | 4) | 100307473 | |
| 5) | 100323217 | 6) | 100316686 | |
| 7) | 100293444 | 8) | 100281709 | |
| 9) | 100299453 | 10) | 100297014 | |

**12:37 p.m.**   Court in Recess

**1:59 p.m.**   Court in Session - Jury enters

2:02 p.m.   Court reads preliminary jury instructions.

2:15 p.m.   Opening statement by Plaintiffs by Mr. Wollins.

2:40 p.m.   Opening statement by Defendant by Ms. Denning.

2:59 p.m.   Plaintiff's witness **Reson Lee Woods** sworn.

   Direct examination by Plaintiff by Mr. Wollins.

**3:27 p.m.**   Court in Recess

**3:47 p.m.**   Court in Session - Jury enters

3:49 p.m.   Plaintiff's witness **Reson Lee Woods** resumes.

   Direct examination by Plaintiff continues by Mr. Wollins.
   *EX ID:*      *1, 2, 34, 35, 36, 3, 4*

**Exhibit(s) 1, 2, 34, 35, 36, 3, 4 RECEIVED.**

5:00 p.m.   Discussion regarding schedule for tomorrow.

**5:01 p.m.**   Court in Recess - TRIAL CONTINUED.

**TOTAL TIME:   5:46**