IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02676-WYD-CBS

RESON LEE WOODS and
SHAUN K. WOODS,

    Plaintiffs,

v.

THE FIRST NATIONAL BANK OF DURANGO, a chartered National Bank,

    Defendant.

## ORDER REGARDING CUSTODY
## OF EXHIBITS AND DEPOSITIONS

It is ORDERED that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

Dated:  August 11, 2015.

                                                         BY THE COURT:

                                                         */s/ Wiley Y. Daniel*
                                                         WILEY Y. DANIEL,
                                                         SENIOR UNITED STATES DISTRICT JUDGE