**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   November 18, 2015 |
| E.C.R./Reporter:   Tracy Weir | |

Civil Action No:  **11-cv-02676-WYD-CBS**          Counsel:

**RESON LEE WOODS and**                            David H. Wollins
**SHAUN K. WOODS**,

       Plaintiffs,

v.

**THE FIRST NATIONAL BANK OF**                   Shay L. Denning
**DURANGO, a chartered National Bank**,

       Defendant.

**COURTROOM MINUTES**

**MOTION HEARING**

**10:03 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendant's Motion for Attorneys' Fees [ECF Doc. No. 190], filed August 27, 2015, is raised for argument.

10:09 a.m.   Argument by Defendant (Ms. Denning).

10:10 a.m.   Argument by Plaintiffs (Mr. Wollins).

Court announces findings.

| | |
|---|---|
| **ORDERED:** | Defendant's Motion for Attorneys' Fees [ECF Doc. No. 190], filed August 27, 2015, is **DENIED for the reasons set forth on the record.** |
| | Plaintiffs' Motion to Alter or Amend Judgment or in the Alternative Motion for New Trial [ECF Doc. No. 195], filed September 10, 2015, is raised for argument. |
| 10:30 a.m. | Argument by Plaintiffs (Mr. Wollins). |
| 10:35 a.m. | Argument by Defendant (Ms. Denning). |
| 10:38 a.m. | Argument by Plaintiffs (Mr. Wollins). |
| | Court announces findings. |
| **ORDERED:** | Plaintiffs' Motion to Alter or Amend Judgment or in the Alternative Motion for New Trial [ECF Doc. No. 195], filed September 10, 2015, is **DENIED for the reasons set forth on the record.** |
| **10:46 a.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :43**